UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Otis Mays, | Case No. 21-cv-2382 (WMW/ECW) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Sherburne County, Joel Brott, Patrick Carr, Brain Frank, Dave Isais, Thomas Zerwas, Travis Lindstrom, Bartell Russell, Michael DeMarre, Nicholas Eckstrom, Chris Hansen, Rebecca Lucar, Zack Corrigan, James Rourke, Angel Talamantes, Paul Schaffer, Udenberg Matt, Jesse Lefebvre, Bryan Clutter, Travis Davidson, Jordan Berg, Scott Beaudry, Brittany White, Lindsey Candor, Johnnie Gilbert, Adam Walkley, Alek Minkel, Lori Schopf, Christopher Bloom, Aric Hanson, Jason Kohlbinger, John Does, Jane Does, Andrea Iverson, Hailey Johnson, Carly Taylor, Jack Lawrence, Jackie Hernandez, Anne Herbst, and Shaylee Hayes, | |
| Defendants. | |

---

Before the Court is the December 7, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright.  (Dkt. 7.)  Because no objections have been filed, this Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

2

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 7, 2021 Report and Recommendation, (Dkt. 7), is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Otis Mays's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

4. Plaintiff Otis Mays's motion to preserve jail recordings, (Dkt. 3), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 2, 2022

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge